UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CATHERINE EALY-SIMON** and **KRISTIN WILSON**, individually and on behalf of all other similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>**CHANGE HEALTHCARE OPERATIONS, LLC**<br><br>    Defendant. | Case No.: 3:20-cv-00521<br><br>Judge Eli J. Richardson<br><br>Magistrate Judge Jeffery S. Frensley<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF ROD M. JOHNSTON** |

  The undersigned counsel for Plaintiffs Catherine Ealy-Simon and Kristin Wilson hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court Eastern District of Michigan. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor disciplinary proceedings by any disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927.

Dated: June 26, 2020
                   Respectfully Submitted,

                   s/ Rod M. Johnston
                   Rod M. Johnston
                   Michigan Bar No. P80337
                   **SOMMERS SCHWARTZ, P.C.**
                   One Towne Square, 17th Floor
                   Southfield, Michigan 48076
                   Phone: (248) 355-0300
                   rjohnston@sommerspc.com

# CERTIFICATE OF SERVICE

      Pursuant to Local Rule 5.01, I hereby certify that on June 26, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via CM/ECF notification and that the foregoing is being served this day on Defendant via U.S. Mail.

      Lisa A. White
GREG COLEMAN LAW PC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
*VIA CM/ECF Notification*

Jason J. Thompson
Rod M. Johnston
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
*VIA CM/ECF Notification*

Change Healthcare Operations, LLC
By and through its Registered Agent
CT Corporation System
300 Montvue Road
Knoxville, TN 37919-5546
*VIA U.S. MAIL*

      s/Gregory F. Coleman
Gregory F. Coleman
GREG COLEMAN LAW PC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Phone: (865) 247-0080
Fax: (865) 522-0049
greg@gregcolemanlaw.com

*Attorney for Plaintiffs and the putative Class/Collective action members*

2
Case 3:20-cv-00521   Document 10   Filed 06/26/20   Page 2 of 2 PageID #: 53