UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CATHERINE EALY-SIMON** and **KRISTIN WILSON**, individually and on behalf of all other similarly situated individuals,<br><br>   Plaintiffs,<br><br>v.<br><br>**CHANGE HEALTHCARE OPERATIONS, LLC**<br><br>   Defendant. | Case No.: 3:20-cv-00521<br><br>Judge Eli J. Richardson<br><br>Magistrate Judge Jeffery S. Frensley<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF JASON J. THOMPSON** |

The undersigned counsel for Plaintiffs Catherine Ealy-Simon and Kristin Wilson hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court Eastern District of Michigan. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor disciplinary proceedings by any disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927.

Dated: June 29, 2020

                Respectfully Submitted,

                s/ Jason J. Thompson
                Jason J. Thompson
                Michigan Bar No. P47184
                **SOMMERS SCHWARTZ, P.C.**
                One Towne Square, 17th Floor
                Southfield, Michigan 48076
                Phone: (248) 355-0300
                jthompson@sommerspc.com

# CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.01, I hereby certify that on June 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via CM/ECF notification and that the foregoing is being served this day on Defendant via U.S. Mail.

>Lisa A. White
>GREG COLEMAN LAW PC
>800 S. Gay Street, Suite 1100
>Knoxville, TN 37929
>*VIA CM/ECF Notification*
>
>Jason J. Thompson
>Rod M. Johnston
>SOMMERS SCHWARTZ, P.C.
>One Towne Square, 17th Floor
>Southfield, Michigan 48076
>*VIA CM/ECF Notification*
>
>Change Healthcare Operations, LLC
>By and through its Registered Agent
>CT Corporation System
>300 Montvue Road
>Knoxville, TN 37919-5546
>*VIA U.S. MAIL*
>
>>s/Gregory F. Coleman
>>Gregory F. Coleman
>>GREG COLEMAN LAW PC
>>800 S. Gay Street, Suite 1100
>>Knoxville, TN 37929
>>Phone: (865) 247-0080
>>Fax: (865) 522-0049
>>greg@gregcolemanlaw.com
>>
>>*Attorney for Plaintiffs and the putative*
>>*Class/Collective action members*