UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CATHERINE EALY-SIMON AND KRISTIN WILSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED INDIVIDUALS,<br><br>Plaintiffs,<br><br>v.<br><br>CHANGE HEALTHCARE OPERATIONS, LLC,<br><br>Defendant. | Case No. 3:20-cv-00521<br><br>District Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley |

**MOTION FOR ADMISSION OF A. CRAIG CLELAND *PRO HAC VICE***

Defendant Change Healthcare Operations, LLC, by its attorneys and pursuant to Local Rule 83.01(b), hereby moves for the admission of A. Craig Cleland *pro hac vice* in this action. In support of this Motion, Defendant states as follows:

A. Craig Cleland is an attorney at the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 191 Peachtree Street, N.E., Suite 4800, Atlanta, GA 30303. Mr. Cleland is a member in good standing of the United States District Court for the Northern District of Georgia. Attached is a Certificate of Good Standing from that Court.

Mr. Cleland is not a resident of this District and does not maintain an office in this District. Similarly, Mr. Cleland is not currently, nor has he ever been, suspended, disciplined, or disbarred from any court.

Should this motion be granted, Mr. Cleland will, in good faith, be bound and will, in all respects, abide by the rules and regulations of this Court as to any and all matters arising during

or pertaining to the above-entitled cause, and will subject and submit himself to the full disciplinary powers of this Court.

WHEREFORE, Defendant respectfully moves for the admission *pro hac vice* of Mr. Cleland before this Court for the purpose of representing Defendant.

Dated this 28th day of October 2020.

Respectfully submitted,

/s/ Elizabeth S. Washko
Elizabeth S. Washko, TN #019931
Casey M. Parker, TN #033081
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615-254-1900
Facsimile: 615-254-1908

Attorneys for Defendant Change Healthcare
Operations, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Gregory F. Coleman, Esq.
Lisa A. White, Esq.
Greg Coleman Law PC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
greg@gregcolemanlaw.com
lisa@gregcolemanlaw.com

Jason J. Thompson, Esq.
Rod M. Johnston, Esq.
Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
jthompson@sommerspc.com
rjohnston@sommerspc.com

    /s/ Elizabeth S. Washko

44657408.1