# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
Nashville Division

CATHERINE EALY-SIMON and KRISTIN WILSON, individually and on behalf of all other similarly situated individuals

Case No. 3:20-cv-00521

v.

CHANGE HEALTHCARE OPERATIONS, LLC

Judge Eli J. Richardson

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Kevin J Stoops hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Catherine Ealy-Simon and Kristin Wilson.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the [Identify United States District Court or United States appellate court of which movant is a member]. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Gregory F. Coleman and Justin G. Day, Milberg Coleman Bryson Phillips Grossman PLLC
800 S Gay Street Suite 1100, Knoville, TN 37929
Telephone 865-247-0080 Fx 865-522-0049
gcoleman@milberg.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Kevin J. Stoops          Signature

Name: Kevin J. Stoops
State where admitted and State Bar Number: State of Michigan P64371
Business Address: One Towne Square Ste 1700 Southfield MI 48076
Local Address [if different from above]:
Phone: (248)784-6613
Email: kstoops@sommerspc.com

## CERTIFICATE OF SERVICE

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

I hearby certify that on April 21, 2022 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kevin Stoops
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
Telephone: 248.355.0300
kstoops@sommerspc.com

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.]