# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CATHERINE EALY-SIMON** and **KRISTIN WILSON**, individually and on behalf of all other similarly situated individuals,<br><br>    Plaintiffs,<br>v.<br><br>**CHANGE HEALTHCARE TECHNOLOGY ENABLED SERVICES, LLC**,<br><br>    Defendant. | Case No.: 3:20-cv-00521<br><br>District Judge Eli J. Richardson<br><br>Magistrate Judge Jeffery S. Frensley<br><br>**NOTICE REQUESTING ACCEPTANCE OF LATE FILING** |

Counsel hereby request that the Court accept the late filing of Plaintiffs' Joint Motion for Final Approval of the Class/Collective Action Settlement ("Motion") filed contemporaneously with this Notice.

The parties assumed that when the Final Fairness Hearing date in this Court's March 4, 2022 Order Granting Joint Motion to Extend Opt Out and Objection Deadline and Reschedule Fairness Hearing (*see* ECF No. 61) was extended from April 7th to May 12th (*see* ECF 62), the filing deadline for the Joint Motion for Final Approval of Class Settlement would likewise be pushed back. Their assumption turned out to be wrong. The parties therefore seek leave to accept the Motion for Final Approval of Class Settlement on April 21, 2022. Both parties concur in this request and neither they nor the class members are prejudiced in accepting the Brief in Support of their Motion on the revised date. Additionally, since the original deadline was set by the Court in ECF No. 61, the parties' knowledge and material facts have remained the same.

Dated: April 21, 2022

                                                            Respectfully submitted,

                                                            /s/ *Jason J. Thompson*
                                                            Jason J. Thompson (admitted *pro hac vice*)
                                                            Rod M. Johnston (admitted *pro hac vice*)
                                                            SOMMERS SCHWARTZ, P.C.

One Towne Square, 17th Floor
Southfield, Michigan 48076
Phone: (248) 355-0300
jthompson@sommerspc.com
rjohnston@sommerspc.com

Gregory F. Coleman, BPR No. 014092
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Phone: (865) 247-0080
greg@milberg.com

*Attorneys for Plaintiffs*